The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE DESIGNS, INC.,<br><br>                                    Plaintiff,<br><br>    v.<br><br>THUNDER BOX, INC. D/B/A SEA TO SUMMIT. INC.,<br><br>                                  Defendant. | No. 2:15-cv-0987 BJR<br><br>**NOTICE OF MOTION RENOTED:**<br><br>JOINT MOTION TO EXTEND DEADLINE TO REOPEN CASE<br><br>NOTE ON MOTION CALENDAR:<br>**JANUARY 13, 2017** |

       The parties jointly stipulate to an extension of time for either party to file a motion to reopen this case. (Dkt. #57). The parties are engaged in ongoing negotiations to perfect the settlement in principle they previously reached. An extension of time will allow the parties more time to perfect the final details of settlement.

       The parties request an additional four (4) weeks – until **February 10, 2017** – be added to the original deadline (January 13, 2017) provided by the Court in the Dismissal Order (Dkt. # 57).

DATED January 17, 2017.

FOSTER PEPPER PLLC

*s/Ben Hodges*
Benjamin J. Hodges, WSBA No. 49301
Douglas A. Grady, WSBA #36100
Richard Thomas Black, WSBA #20899
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington  98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com
         douglas.grady@foster.com
         richard.black@foster.com

*Attorneys for Plaintiff Cascade Designs, Inc.*

BERG, HILL, GREENLEAF, RUSCITTI LLP

*s/Giovanni Ruscitti*
Giovanni Ruscitti
Berg, Hill, Greenleaf, Ruscitti LLP
1525 17th Street
Denver, CO   80202
Tel: 303.402.1600
Fax: 303.402.1601
Email: gmr@bhgrlaw.com

*Attorneys for Defendant Thunder Box, Inc.*

**ORDER**

This matter having come before the court on the joint stipulation of the parties, and good cause having been shown, **IT IS ORDERED** that the Court permits the parties more time to perfect the final details of a settlement and **GRANTS** an additional four (4) weeks until **February 10, 2017** as the new deadline to reopen the matter.

DATED this _25th_ day of January, 2017.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

**Presented by:**

FOSTER PEPPER PLLC

*s/Ben Hodges*
Benjamin J. Hodges
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington  98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com

Attorneys for Plaintiff Cascade Designs, Inc.

BERG, HILL, GREENLEAF, RUSCITTI LLP

*/s/Giovanni Ruscitti*
Giovanni Ruscitti
Berg, Hill, Greenleaf, Ruscitti LLP
1525 17th Street
Denver, CO   80202
Tel: 303.402.1600
Fax: 303.402.1601
Email: gmr@bhgrlaw.com

Attorneys for Defendant Thunder Box, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 17th day of January, 2017.

*s/ Ben Hodges*

JOINT MOTION TO EXTEND DEADLINE TO REOPEN CASE - 4
Case No. C15-987BJR